470 A.2d 1041

Commonwealth v. Mack, Appellant.
Petition for Allowance of Appeal
Denied July 20, 1984.

Submitted June 9, 1982. Dennis Brogan, Assistant Public Defender, for appellant; Frank Capaldo, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

470 A.2d 1042

Commonwealth v. Martin, Appellant.
Petition for Allowance of Appeal
Denied May 11, 1984.

Submitted September 9, 1983. Joseph A. Canuso, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Order affirmed.